UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20792-CV-Ungaro

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 11-20792 CV- UNGARO/SIMONTON

Reina I Norat Batista

Plaintiff(s)

v.

Angels Forever Inc
Alba M Torres

Defendant(s)

FILED by RAL D.C.

MAY 23 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

Notice to the Court Regarding Clerk's Default
(TITLE OF DOCUMENT)

I, Alba M Torres, plaintiff or defendant, in the above styled cause, certify that I have not received by mail nor by any other means notice to appear in court on May 12 2011. I have received a Clerk's default and I would like to dispute it. After I was served with the original complaint, I filed my answer on a timely basis. In addition, I went for a deposition at the plaintiff's attorney request which was rescheduled. At no time was I notified to appear in court. I have been very dilligent with this case and I have complied so far with every request by this court. I am requesting a new court date as soon as possible - thank you

(Rev. 10/2002) General Document

### Certificate of Service

I __Alba M. Torres__, certify that on this date __05-23-11__ a true copy of the foregoing document was ~~mailed to~~: __Personally deposited in the Clerk's office__
<br>name(s) and address(es)

By: __Alba M. Torres__
Printed or typed name of Filer

__Pro Se__
Florida Bar Number

__305-387-3686__
Phone Number

__7201 SW 142 Ave.__
Street Address

__Miami Fl. 33183__
City, State, Zip Code

Signature of Filer

__albamerym1@gmail.com__
E-mail address

Facsimile Number