UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20792-Civ-TORRES

CONSENT CASE

REINA I. NORAT BATISTA and
MARCIA A. SENIOR,

      Plaintiffs,

v.

ANGELS FOREVER, INC., and
ALBA M. TORRES,

      Defendants.

_____/

## AMENDED FINAL JUDGMENT

This matter is before the Court following a jury trial conducted in the case and the entry of a Special Verdict on July 2, 2012 [D.E. 112], Final Judgment in Plaintiffs' favor [D.E. 123], Final Judgment on Costs [D.E. 122], and the Court's Order granting Plaintiffs' Unopposed Motion for Attorneys' Fees [D.E. 124]. Pursuant to Fed. R. Civ. P. 58, the Court having reviewed the record, and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED**:

    1.    The Court's original Final Judgment [D.E. 119] and Final Judgment on Costs [D.E. 122] are **VACATED** and superseded through entry of this Amended Final Judgment.

    2.    Final Judgment is entered in favor of Plaintiff Reina I. Norat Batista, in the amount of THIRTY EIGHT THOUSAND FOUR HUNDRED EIGHT AND 80/100

DOLLARS ($38,408.80) plus post-judgment interest at 0.18% per annum, against Defendants Angels Forever, Inc. and Alba M. Torres, jointly and severally, for which sum let execution issue.

2. Final Judgment is entered in favor of Plaintiff Marcia A. Senior, in the amount of THIRTY FOUR THOUSAND SIX HUNDRED EIGHTY FIVE AND 68/100 DOLLARS ($34,685.68) plus post-judgment interest at 0.18% per annum, against Defendants Angels Forever, Inc. and Alba M. Torres, jointly and severally, for which sum let execution issue.

3. Final Judgment is entered in favor of both Plaintiffs jointly and Plaintiffs' counsel of record in the amount of FIFTY FOUR THOUSAND ONE HUNDRED EIGHTY AND 16/100 DOLLARS ($54,180.16) plus post-judgment interest at 0.18% per annum, against Defendants Angels Forever, Inc. and Alba M. Torres, jointly and severally, for which sum let execution issue.

4. This action remains CLOSED but with jurisdiction reserved for any matters timely raised under the Federal Rules of Civil Procedure.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of September, 2012.

EDWIN G. TORRES
United States Magistrate Judge