UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.
JUN 0 6 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NO.: 11-20792-CIV-UNGARO/TORRES

REINA I. NORAT BATISTA, MARCIA A. )
SENIOR and all others similarly situated under )
29 U.S.C. 216(B), )
 )
      Plaintiff, )
vs. )
 )
ANGELS FOREVER, INC. )
ALBA M. TORRES )
 )
      Defendants. )
_____ )

## MOTION FOR ISSUANCE OF WRIT OF GARNISHMENT AFTER JUDGMENT

Plaintiff, by its undersigned Attorney, pursuant to Florida Statute 77.03, moves for the issuance of a writ of garnishment after judgment as to Citibank and as grounds therefore, states as follows:

1. Plaintiff counsel obtained a final judgment against Defendants Angels Forever, Inc. and Alba M. Torres on 9/28/2012 for a total amount of $73,094.48 (a copy of the order is attached). [D.E. 125].

2. Plaintiff requests that a writ of garnishment after judgment as to Citibank be issued in the amount of $73,094.48.

Respectfully Submitted,
J. H. Zidell, Esq.
J.H. Zidell, P.A.
Attorney For Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766

By:_____
J.H. Zidell, Esq.
Florida Bar Number: 0010121